UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, et al.,**

   **Plaintiffs,**

   v.

**FEDERAL ELECTION COMMISSION,**

   **Defendant.**

Civil Action No. 10-1350 (JEB)

# ORDER

Upon consideration of Defendant's Motion to Dismiss and for the reasons stated in the accompanying Memorandum Opinion issued on this date, the Court hereby **ORDERS:**

1. Defendant's Motion to Dismiss is GRANTED; and

2. Judgment is ENTERED in favor of Defendant.

**SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: August 1, 2011